**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES DAVID STOWE,

   Plaintiff,       No. C 04-3546 PJH (PR)

 vs.             **ORDER OF DISMISSAL**

JILL BROWN (WARDEN); RONALD SNODGRASS, Correctional Officer; GARY POLZIEN, Correctional Sergeant; and ANTHONY D. LEE, Correctional Lieutenant,

   Defendants.

   This is a civil rights case filed pro se by a state prisoner. The complaint was dismissed with leave to amend because plaintiff had failed to state a claim against any defendant. In the order plaintiff was warned that if he did not amend the case might be dismissed.

   The time to amend has long since expired and petitioner has not done so. This case is **DISMISSED** with prejudice.

   **IT IS SO ORDERED.**

Dated: August 9, 2006.

                    PHYLLIS J. HAMILTON
                    United States District Judge

G:\PRO-SE\PJH\CR.04\STOWE546.DSM